# Exhibit 1:

# Sent to Court and Counsel for Defendant via USAfx