# Exhibit 2:

# Victim Impact Statement of Officer A.A.

**To: AUSA Sonia Murphy**

**From:** A█████ A██

**Date: 08/14/2024**

On January 6, 2021, I was working as a part of Civil Disturbance Unit (CDU) 42 to keep the ongoing protests peaceful. We were called to respond to the grounds of the U.S Capitol due to the riots taking place. As we were headed to assist Officers in need, we were ambushed by a large group of people, some using physical force and others using various dangerous objects. We became separated and began fighting rioters from all directions. At this point, while trying to maintain my safety and the safety of my fellow officers, I was pepper sprayed directly in my eyes by the defendant. I lost my vision and was fighting blindly while trying to maintain in the vicinity of my fellow officers. For a moment, I was in fear of what could happen if I found myself in a predicament in which I would have to use deadly force due to fearing for my own life. My fellow officers assisted me, and I managed to regain partial visibility. I did not have full visibility for the rest of the day due to the ongoing riots and the constant hand to hand combat taking place in the tunnel of the U.S. Capitol.

I near lost my life on several occasions, and in my law enforcement experience, I had every right to use deadly force to protect myself, my fellow Officers and the U.S. Capitol, and to be put in that position by angry adults who feel they were cheated is disgraceful. The U.S. Constitution grants citizens the right to peacefully protest, and in no way shape or form, does it permit the use of violence, especially against law enforcement defending the very sanctity of our government. This country has a rule of law, and anyone who breaks those rules must face the consequences.

The Defendant has set a bad example for American Citizens and has damaged the reputation of this country around the world. I hope the Defendant understands the effects he has had on law enforcement officials by his verbal, physical and mental abuse. Some of my colleagues were severely injured and were advised to stay home for over a year to heal from physical and mental affliction.

I hope the court levies the appropriate sentence and holds the Defendant accountable for his thoughtless actions on that day. Let this be a lesson that you are allowed to have a different opinion and be passionate about it, without raising it to a level of violence.

I thank the Attorneys of the USAO and DOJ, and the presiding judge for upholding the rule of law.

Sincerely,



*A█████ A██*