# Exhibit 3:

# Victim Impact Statement of Officer B.S.

I will always remember January 6th as one of the worst and scariest days of my life. Not only was I called every derogatory name you can think of but I was also physically assaulted, sprayed in my face but also had to fight alongside my fellow brothers enduring the pain that was inflicted on me. 9 years ago when I first put on this badge, all I wanted to do was serve my community to the best of my ability, I had no idea that one day I would be fighting for my life which is how this day felt for me. Even with all of that, I don't regret my decision to proudly serve my community and even if I occasionally remember the events that I went through and deal with some of the nightmares, I would do it again.